ALMAND *v.* NASH & COMPANY.

FISH, J.   The testimony objected to was properly admitted ; the evidence, while conflicting, was sufficient to support the verdict ; and there was no abuse of discretion in overruling the motion for a new trial.

*Judgment affirmed.   All the Justices concurring, except Lumpkin, P. J., absent.*

Argued October 7, — Decided October 30, 1902.

Complaint.   Before Judge Russell.   Gwinnett superior court. April 10, 1902.

*W. O. Wilson,* for plaintiff in error.   *Alonzo Field,* contra.